UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

                -v-

ARIANNA LABRADA CEPEDA,

        Defendant.
---------------------------------------------------------x

11-Cr-494 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the government,

    IT IS HEREBY ORDERED that the minutes of the change of plea hearing held on February 2, 2018, as to Arianna Labrada Cepeda, be unsealed.

Dated: New York, New York
       September 9, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.